# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **SAMUEL C. WELDON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CASE NO.:** |
| **v.** ) | |
| ) | **1:08-CV-519-VEH-RRA** |
| **PACIFIC CYCLE, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM OPINION

The case is presently before the court on the plaintiff's "Motion for Immediate Ruling for Plaintiff on the Grounds of Evidence Tampering by the Defendants." (Doc. 59.) The plaintiff requests "an [i]mmediate ruling" in his favor due to the defendants' alleged evidence tampering. (Doc. 59, p. 1.) On November 4, 2009, the magistrate recommended that the motion be denied. The time for objections to the recommendation has now expired, and no party has filed an objection[1].

Having carefully reviewed de novo all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate's recommendation is due to be, and hereby is **ADOPTED** and **ACCEPTED**. An

---

[1] The plaintiff did file document number 77, which is a response to document 76. Document 76 is a response to the plaintiff's motion for sanctions (document 66). Document 77 does not object to any portion of the report and recommendation. Even if said document could be construed as an objection to the report and recommendation, it makes no new arguments, and adds no new information.

appropriate order will be entered.

    **DONE** this the 2nd day of December, 2009.

**VIRGINIA EMERSON HOPKINS**
United States District Judge